**DISMISS; and Opinion Filed June 25, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01420-CV

**WILLIE EVANS, CURTIS WILLIAMS, GREGORY POLK, JACQUELYN BURNS-TORRANCE, H.C. CASEY, ISAAC FINLEY, PAT CALLOWAY, AND GREATER GOLDEN GATE MISSIONARY BAPTIST CHURCH, INC., A TEXAS NON-PROFIT CORPORATION, Appellants**
**V.**
**FABIAN K. JACKO AND GREATER GOLDEN GATE MISSIONARY BAPTIST CHURCH, AN UNINCORPORATED RELIGIOUS ORGANIZATION, Appellees**

### On Appeal from the 191st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-13-10959

## MEMORANDUM OPINION
Before Justices Moseley, O'Neill, and FitzGerald
Opinion by Justice O'Neill

Before the Court is the parties' joint motion to dismiss this interlocutory appeal. The

parties have informed the Court that they have settled their differences. Accordingly, we grant

the parties' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).


/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE

131420F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WILLIE EVANS, CURTIS WILLIAMS, GREGORY POLK, JACQUELYN BURNS-TORRANCE, H.C. CASEY, ISAAC FINLEY, PAT CALLOWAY, AND GREATER GOLDEN GATE MISSIONARY BAPTIST CHURCH, INC., A TEXAS NON-PROFIT CORPORATION, Appellants

No. 05-13-01420-CV        V.

FABIAN K. JACKO AND GREATER GOLDEN GATE MISSIONARY BAPTIST CHURCH, AN UNINCORPORATED RELIGIOUS ORGANIZATION, Appellees

On Appeal from the 191st Judicial District Court, Dallas County, Texas. Trial Court Cause No. DC-13-10959. Opinion delivered by Justice O'Neill. Justices Moseley and FitzGerald, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellees, FABIAN K. JACKO AND GREATER GOLDEN GATE MISSIONARY BAPTIST CHURCH, AN UNINCORPORATED RELIGIOUS ORGANIZATION, recover their costs of this appeal from appellants, WILLIE EVANS, CURTIS WILLIAMS, GREGORY POLK, JACQUELYN BURNS-TORRANCE, H.C. CASEY, ISAAC FINLEY, PAT CALLOWAY, AND GREATER GOLDEN GATE MISSIONARY BAPTIST CHURCH, INC., A TEXAS NON-PROFIT CORPORATION.

Judgment entered this 25th day of June, 2014.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE